**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-29342 |
| | § | |
| TYRONE WRIGHT | § | |
| DARNECIA Y WRIGHT | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/14/2016. The undersigned trustee was appointed on 09/14/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                                     $5,130.30

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $2.92 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $1,075.20 |
    | Leaving a balance on hand of[1] | $4,052.18 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/17/2017 and the deadline for filing government claims was 03/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,013.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,013.78, for a total compensation of $1,013.78[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $39.04, for total expenses of $39.04.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/30/2017                                By:  /s/ David P. Leibowitz
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-29342   Doc 33   Filed 06/13/17   Entered 06/13/17 15:45:16   Desc Main
Document      Page 3 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 16-29342 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | | Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| For the Period Ending: | 5/30/2017 | | | §341(a) Meeting Date: | 10/11/2016 |
| | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1235 S. Christiana Ave. Chicago IL 60623-0000 | $179,000.00 | $570.68 | | $0.00 | FA |
| 2  Travel Advantage Network Membership - time-share / vacation membership club, unclear if real property interest or only membership | Unknown | $0.00 | | $0.00 | FA |
| 3  Chevrolet Uplander 2007 180000 in fair condition | $1,859.00 | $1,859.00 | | $0.00 | FA |
| 4  Chevrolet Trax 2015 15000 | $24,903.00 | $1,191.72 | | $0.00 | FA |
| 5  Miscellaneous household goods and furnishings | $4,000.00 | $0.00 | | $0.00 | FA |
| 6  TVs, computers, phones, game system | $2,500.00 | $0.00 | | $0.00 | FA |
| 7  Two ten-speed bicycles, used | $50.00 | $0.00 | | $0.00 | FA |
| 8  Miscellaneous clothing for debtors | $600.00 | $0.00 | | $0.00 | FA |
| 9  Cash | $20.00 | $0.00 | | $0.00 | FA |
| 10  Checking Austin Bank of Chicago | $0.67 | $0.00 | | $0.00 | FA |
| 11  Checking PNC Bank | $661.66 | $0.00 | | $0.00 | FA |
| 12  Savings PNC Bank | $143.08 | $0.00 | | $0.00 | FA |
| 13  Checking TCF Bank | $1,166.26 | $0.00 | | $0.00 | FA |
| 14  CD for High Mountain M.B. Church, debtor is trustee and listed as a signor BMO Harris Bank | $0.00 | $0.00 | | $0.00 | FA |
| 15  Checking for High Mountain M.B. Church, debtor is trustee and listed as a signor U.S. Bank | $0.00 | $0.00 | | $0.00 | FA |
| 16  Savings account belongs to son, debtor listed for convenience purposes only PNC Bank | $135.42 | $0.00 | | $0.00 | FA |
| 17  Savings account belongs to daughter, debtor listed for convenience purposes only PNC Bank | $135.42 | $0.00 | | $0.00 | FA |
| 18  Checking - belongs to son, debtor listed for convenience purposes only US Bank | $942.55 | $0.00 | | $0.00 | FA |
| 19  401(k) - through employer Bank of America | $23,020.35 | $0.00 | | $0.00 | FA |
| 20  Pension account through employer Bank of America | $9,898.68 | $0.00 | | $0.00 | FA |
| 21  401(k) Allstate | $2,915.84 | $0.00 | | $0.00 | FA |
| 22  401(k) Allstate | $29,277.84 | $0.00 | | $0.00 | FA |

Case 16-29342 Doc 33 Filed 06/13/17 Entered 06/13/17 15:45:16 Desc Main
Document Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2   Exhibit A

| Case No.: | 16-29342 | | | Trustee Name: | David Leibowitz |
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | | Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| For the Period Ending: | 5/30/2017 | | | §341(a) Meeting Date: | 10/11/2016 |
| | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 Copyright on book idea, over 20 years old | $0.00 | $0.00 | | $0.00 | FA |
| 24 State Farm - Homeowners Insurance Debtors & their mortgage co | $0.00 | $0.00 | | $0.00 | FA |
| 25 Allstate - Life Insurance - Debtor 2 | $0.00 | $0.00 | | $0.00 | FA |
| 26 2016 Tax Refund (Darnecia) (u) | $0.00 | $2,508.80 | | $3,584.00 | FA |
| Asset Notes: Debtor's pro-rated portion: $1075.20 | | | | | |
| 27 Estate Portion 2016 Tax Refund (Tyrone) (u) | $0.00 | $1,546.30 | | $1,546.30 | FA |
| Asset Notes: Debtor remitted estate pro-rated portion to the Trustee. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                   **Gross Value of Remaining Assets**

$281,229.77              $7,676.50                          $5,130.30                     $0.00

| Initial Projected Date Of Final Report (TFR): | 10/09/2017 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1     Exhibit B

| Case No. | 16-29342 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8908 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***8909 | | Account Title: | |
| For Period Beginning: | 9/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | | U.S. Treasury | 2016 Federal Income Tax Refund (Darnecia) | * | $3,584.00 | | $3,584.00 |
| | {26} | | Estate Portion of Darnecia Wright Tax Refund     $2,508.80 | 1224-000 | | | $3,584.00 |
| | {26} | | Debtor's pro-rated portion     $1,075.20 | 1280-002 | | | $3,584.00 |
| 04/13/2017 | 3001 | DARNECIA WRIGHT | Debtor's Pro-Rated Portion of Tax Refund | 8500-002 | | $1,075.20 | $2,508.80 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.92 | $2,505.88 |
| 05/15/2017 | (27) | Tyrone Wright | Estate Portion - 2016 Federal Income Tax Refund (Tyrone) | 1224-000 | $1,546.30 | | $4,052.18 |
| | | | **TOTALS:** | | $5,130.30 | $1,078.12 | $4,052.18 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,130.30 | $1,078.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,130.30 | $1,078.12 | |

| For the period of  9/14/2016 to 5/30/2017 | | For the entire history of the account between 04/11/2017 to 5/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,055.10 | Total Compensable Receipts: | $4,055.10 |
| Total Non-Compensable Receipts: | $1,075.20 | Total Non-Compensable Receipts: | $1,075.20 |
| Total Comp/Non Comp Receipts: | $5,130.30 | Total Comp/Non Comp Receipts: | $5,130.30 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.92 | Total Compensable Disbursements: | $2.92 |
| Total Non-Compensable Disbursements: | $1,075.20 | Total Non-Compensable Disbursements: | $1,075.20 |
| Total Comp/Non Comp Disbursements: | $1,078.12 | Total Comp/Non Comp Disbursements: | $1,078.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 2   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-29342 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8908 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***8909 | Account Title: | |
| For Period Beginning: | 9/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,130.30 | $1,078.12 | $4,052.18 |

| For the period of 9/14/2016 to 5/30/2017 | | For the entire history of the case between 09/14/2016 to 5/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,055.10 | Total Compensable Receipts: | $4,055.10 |
| Total Non-Compensable Receipts: | $1,075.20 | Total Non-Compensable Receipts: | $1,075.20 |
| Total Comp/Non Comp Receipts: | $5,130.30 | Total Comp/Non Comp Receipts: | $5,130.30 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.92 | Total Compensable Disbursements: | $2.92 |
| Total Non-Compensable Disbursements: | $1,075.20 | Total Non-Compensable Disbursements: | $1,075.20 |
| Total Comp/Non Comp Disbursements: | $1,078.12 | Total Comp/Non Comp Disbursements: | $1,078.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No.: | 16-29342 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | | | | | | | Date: 5/30/2017 |
| Claims Bar Date: | 01/17/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC  P O Box 183853  Arlington TX 76096 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Withdrawn | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2a | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC  P O Box 183853  Arlington TX 76096 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE NA  c/o Becket and Lee LLP  PO Box 3001  Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $684.86 | $0.00 | $0.00 | $0.00 | $684.86 |
| 7 | COMENITY CAPITAL BANK/PAYPAL CREDIT  c/o Weinstein & Riley, PS  2001 Western Ave., Ste 400  Seattle WA 98121 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,890.98 | $0.00 | $0.00 | $0.00 | $1,890.98 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610  Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $39.04 | $0.00 | $0.00 | $0.00 | $39.04 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610  Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,013.78 | $0.00 | $0.00 | $0.00 | $1,013.78 |
| 4 | DEVRY EDUCATION GROUP  814 Commerce Dr. Suite 200  Oak Brook IL 60523 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $270.94 | $0.00 | $0.00 | $0.00 | $270.94 |
| 13 | KEY EDUCATION RESOURCES  Claims Filing Unit  PO Box 8973  Madison WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $844.74 | $0.00 | $0.00 | $0.00 | $844.74 |

# CLAIM ANALYSIS REPORT

| Case No.: | 16-29342 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | | | | | | | Date: | 5/30/2017 |
| Claims Bar Date: | 01/17/2017 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NAVIENT SOLUTIONS INC.<br><br>220 Lasley Ave<br>Barre PA 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $15,332.71 | $0.00 | $0.00 | $0.00 | $15,332.71 |
| 3 | OAK PARK DENTAL GROUP, P.C.<br><br>7034 W. North Ave<br>Elmwood Park IL 60707-4306 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,748.92 | $0.00 | $0.00 | $0.00 | $1,748.92 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,917.33 | $0.00 | $0.00 | $0.00 | $2,917.33 |
| 8 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,639.83 | $0.00 | $0.00 | $0.00 | $4,639.83 |
| 9 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,238.31 | $0.00 | $0.00 | $0.00 | $1,238.31 |
| 10 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,233.62 | $0.00 | $0.00 | $0.00 | $5,233.62 |
| 11 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,842.20 | $0.00 | $0.00 | $0.00 | $7,842.20 |

CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| Case No. | 16-29342 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | | | | | | | Date: 5/30/2017 |
| Claims Bar Date: | 01/17/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,563.90 | $0.00 | $0.00 | $0.00 | $7,563.90 |
| 14 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $24,001.15 | $0.00 | $0.00 | $0.00 | $24,001.15 |
| **Claim Notes:** | (14-1) STUDENT LOAN NON DISCHARGEABLE DEBT SECTION 523(A)8 | | | | | | | | |
| 15 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $71,474.37 | $0.00 | $0.00 | $0.00 | $71,474.37 |
| **Claim Notes:** | (15-1) STUDENT LOAN NON DISCHARGEABLE DEBT SECTION 523(A)8 | | | | | | | | |
| 16 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,000.17 | $0.00 | $0.00 | $0.00 | $20,000.17 |
| **Claim Notes:** | (16-1) STUDENT LOAN NON DISCHARGEABLE DEBT SECTION 523(A)8 | | | | | | | | |
| | | | | | $166,736.85 | $0.00 | $0.00 | $0.00 | $166,736.85 |

**CLAIM ANALYSIS REPORT**  Page No: 4
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 16-29342 | **Trustee Name:** David Leibowitz |
| **Case Name:** | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | **Date:** 5/30/2017 |
| **Claims Bar Date:** | 01/17/2017 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $140,374.18 | $133,673.00 | $0.00 | $0.00 | $0.00 | $133,673.00 |
| Payments to Unsecured Credit Card Holders | $32,011.03 | $32,011.03 | $0.00 | $0.00 | $0.00 | $32,011.03 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $17,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,013.78 | $1,013.78 | $0.00 | $0.00 | $0.00 | $1,013.78 |
| Trustee Expenses | $39.04 | $39.04 | $0.00 | $0.00 | $0.00 | $39.04 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      16-29342
Case Name:     TYRONE WRIGHT
               DARNECIA Y WRIGHT
Trustee Name:  David P. Leibowitz

Balance on hand: $4,052.18

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $4,052.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,013.78 | $0.00 | $1,013.78 |
| David P. Leibowitz, Trustee Expenses | $39.04 | $0.00 | $39.04 |

Total to be paid for chapter 7 administrative expenses: $1,052.82
Remaining balance: $2,999.36

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,999.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $2,999.36

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $165,684.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Navient Solutions Inc. | $15,332.71 | $0.00 | $277.58 |
| 3 | Oak Park Dental Group, P.C. | $1,748.92 | $0.00 | $31.66 |
| 4 | DeVry Education Group | $270.94 | $0.00 | $4.90 |
| 5 | Capital One NA | $684.86 | $0.00 | $12.40 |
| 6 | PYOD, LLC its successors and assigns as assignee | $2,917.33 | $0.00 | $52.81 |
| 7 | Comenity Capital Bank/Paypal Credit | $1,890.98 | $0.00 | $34.23 |
| 8 | Synchrony Bank | $4,639.83 | $0.00 | $83.99 |
| 9 | Synchrony Bank | $1,238.31 | $0.00 | $22.42 |
| 10 | Synchrony Bank | $5,233.62 | $0.00 | $94.74 |
| 11 | Synchrony Bank | $7,842.20 | $0.00 | $141.97 |
| 12 | Synchrony Bank | $7,563.90 | $0.00 | $136.93 |
| 13 | Key Education Resources | $844.74 | $0.00 | $15.29 |
| 14 | US DEPT OF EDUCATION | $24,001.15 | $0.00 | $434.49 |
| 15 | US DEPT OF EDUCATION | $71,474.37 | $0.00 | $1,293.89 |
| 16 | US DEPT OF EDUCATION | $20,000.17 | $0.00 | $362.06 |

Total to be paid to timely general unsecured claims: $2,999.36
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**