**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-29342 |
| | § | |
| TYRONE WRIGHT | § | |
| DARNECIA Y WRIGHT | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/06/2017, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/14/2017            By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 16-29342
§
TYRONE WRIGHT §
DARNECIA Y WRIGHT §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,130.30
*and approved disbursements of* $1,078.12
*leaving a balance on hand of*[1]: $4,052.18

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $4,052.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,013.78 | $0.00 | $1,013.78 |
| David P. Leibowitz, Trustee Expenses | $39.04 | $0.00 | $39.04 |

Total to be paid for chapter 7 administrative expenses: $1,052.82
Remaining balance: $2,999.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,999.36

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,999.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $165,684.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Navient Solutions Inc. | $15,332.71 | $0.00 | $277.58 |
| 3 | Oak Park Dental Group, P.C. | $1,748.92 | $0.00 | $31.66 |
| 4 | DeVry Education Group | $270.94 | $0.00 | $4.90 |
| 5 | Capital One NA | $684.86 | $0.00 | $12.40 |
| 6 | PYOD, LLC its successors and assigns as assignee | $2,917.33 | $0.00 | $52.81 |
| 7 | Comenity Capital Bank/Paypal Credit | $1,890.98 | $0.00 | $34.23 |
| 8 | Synchrony Bank | $4,639.83 | $0.00 | $83.99 |
| 9 | Synchrony Bank | $1,238.31 | $0.00 | $22.42 |
| 10 | Synchrony Bank | $5,233.62 | $0.00 | $94.74 |
| 11 | Synchrony Bank | $7,842.20 | $0.00 | $141.97 |
| 12 | Synchrony Bank | $7,563.90 | $0.00 | $136.93 |
| 13 | Key Education Resources | $844.74 | $0.00 | $15.29 |
| 14 | US DEPT OF EDUCATION | $24,001.15 | $0.00 | $434.49 |
| 15 | US DEPT OF EDUCATION | $71,474.37 | $0.00 | $1,293.89 |
| 16 | US DEPT OF EDUCATION | $20,000.17 | $0.00 | $362.06 |

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,999.36 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                           Case No. 16-29342-CAD
Tyrone Wright                                                    Chapter 7
Darnecia Y Wright
        Debtors
                                CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 1              Date Rcvd: Jun 15, 2017
                              Form ID: pdf006              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb         +Tyrone Wright,   Darnecia Y Wright,    1235 S. Christiana Ave.,    Chicago, IL 60623-1730
24997888       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
25127454        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
25283389        Key Education Resources,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
25022969       +Navient Solutions Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
24900823        Oak Park Dental Group, P.C.,    7034 W. North Ave,    Elmwood Park, IL 60707-4306
25292977        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25238198       +E-mail/Text: bncmail@w-legal.com Jun 16 2017 00:20:29      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
24900807       +E-mail/Text: bankruptcynotices@devry.edu Jun 16 2017 00:20:58      DeVry Education Group,
                 814 Commerce Dr. Suite 200,    Oak Brook, IL 60523-1965
25206520       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2017 00:24:21
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
25242394       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 00:24:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              Ann M Erickson    on behalf of Debtor 2 Darnecia Y Wright aerickson@morrisonandmix.com,
               dkmorrison@morrisonandmix.com
              Ann M Erickson    on behalf of Debtor 1 Tyrone  Wright aerickson@morrisonandmix.com,
               dkmorrison@morrisonandmix.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```