**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-29342 |
| | § | |
| TYRONE WRIGHT | § | |
| DARNECIA Y WRIGHT | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $186,874.07 | Assets Exempt: | $94,355.70 |
| Total Distributions to Claimants: | $2,999.36 | Claims Discharged Without Payment: | $274,109.71 |
| Total Expenses of Administration: | $1,055.74 | | |

3) Total gross receipts of $5,130.30 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,075.20 (see **Exhibit 2),** yielded net receipts of $4,055.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $172,140.60 | $17,025.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,055.74 | $1,055.74 | $1,055.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $253,004.54 | $172,385.21 | $165,684.03 | $2,999.36 |
| **Total Disbursements** | $425,145.14 | $190,465.95 | $166,739.77 | $4,055.10 |

4). This case was originally filed under chapter 7 on 09/14/2016. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2017     By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Refund (Darnecia) | 1224-000 | $3,584.00 |
| Estate Portion 2016 Tax Refund (Tyrone) | 1224-000 | $1,546.30 |
| **TOTAL GROSS RECEIPTS** | | **$5,130.30** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DARNECIA WRIGHT | Funds to Third Parties | 8500-002 | $1,075.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,075.20** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AmeriCredit Financial Services, Inc. dba GM Financ | 4210-000 | $23,711.28 | $17,025.00 | $0.00 | $0.00 |
| | Citimortgage | 4110-000 | $148,429.32 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$172,140.60** | **$17,025.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,013.78 | $1,013.78 | $1,013.78 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $39.04 | $39.04 | $39.04 |
| Green Bank | 2600-000 | NA | $2.92 | $2.92 | $2.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,055.74 | $1,055.74 | $1,055.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions Inc. | 7100-000 | $15,211.65 | $15,332.71 | $15,332.71 | $277.58 |
| 2a | AmeriCredit Financial Services, Inc. dba GM Financ | 7100-000 | $23,711.28 | $6,701.18 | $0.00 | $0.00 |
| 3 | Oak Park Dental Group, P.C. | 7100-000 | $456.94 | $1,748.92 | $1,748.92 | $31.66 |
| 4 | DeVry Education Group | 7100-000 | $270.94 | $270.94 | $270.94 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 4; DeVry Education Group) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.90 |
| 5 | Capital One NA | 7100-900 | $599.26 | $684.86 | $684.86 | $12.40 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $2,977.84 | $2,917.33 | $2,917.33 | $52.81 |
| 7 | Comenity Capital Bank/Paypal Credit | 7100-900 | $1,760.12 | $1,890.98 | $1,890.98 | $34.23 |
| 8 | Synchrony Bank | 7100-900 | $4,292.53 | $4,639.83 | $4,639.83 | $83.99 |
| 9 | Synchrony Bank | 7100-900 | $1,136.98 | $1,238.31 | $1,238.31 | $22.42 |
| 10 | Synchrony Bank | 7100-900 | $4,947.00 | $5,233.62 | $5,233.62 | $94.74 |
| 11 | Synchrony Bank | 7100-900 | $7,472.39 | $7,842.20 | $7,842.20 | $141.97 |
| 12 | Synchrony Bank | 7100-900 | $6,964.08 | $7,563.90 | $7,563.90 | $136.93 |
| 13 | Key Education Resources | 7100-000 | $841.11 | $844.74 | $844.74 | $15.29 |
| 14 | US DEPT OF EDUCATION | 7100-000 | $0.00 | $24,001.15 | $24,001.15 | $434.49 |
| 15 | US DEPT OF EDUCATION | 7100-000 | $70,937.38 | $71,474.37 | $71,474.37 | $1,293.89 |
| 16 | US DEPT OF EDUCATION | 7100-000 | $0.00 | $20,000.17 | $20,000.17 | $362.06 |
| | Bank of America VISA | 7100-000 | $2,999.83 | $0.00 | $0.00 | $0.00 |
| | Federal Loan Servicing | 7100-000 | $60,335.00 | $0.00 | $0.00 | $0.00 |
| | Glecsi/Key Edu Resources | 7100-000 | $841.11 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| Creditor | Code | Amount | | | |
|---|---|---|---|---|---|
| Gottlieb Hospital | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| Gottlieb Hospital | 7100-000 | $399.00 | $0.00 | $0.00 | $0.00 |
| Gottlieb Hospital | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Gottlieb Memorial Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Great Lakes N. Education | 7100-000 | $19,806.00 | $0.00 | $0.00 | $0.00 |
| Lending Club Corp | 7100-000 | $15,480.00 | $0.00 | $0.00 | $0.00 |
| Loyola University Medical Center | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| Milwaukee County Clerk | 7100-000 | $152.50 | $0.00 | $0.00 | $0.00 |
| One Main Financial | 7100-000 | $5,342.00 | $0.00 | $0.00 | $0.00 |
| Personal Finance | 7100-000 | $1,718.00 | $0.00 | $0.00 | $0.00 |
| Tri State Financial | 7100-000 | $3,716.60 | $0.00 | $0.00 | $0.00 |
| West Suburban Medical Center | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| Wheaton Franciscan Healthcare | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $253,004.54 | $172,385.21 | $165,684.03 | $2,999.36 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-29342 | | Trustee Name: | David Leibowitz |
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| For the Period Ending: | 8/8/2017 | | §341(a) Meeting Date: | 10/11/2016 |
| | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1235 S. Christiana Ave. Chicago IL 60623-0000 | $179,000.00 | $570.68 | | $0.00 | FA |
| 2  Travel Advantage Network Membership - time-share / vacation membership club, unclear if real property interest or only membership | Unknown | $0.00 | | $0.00 | FA |
| 3  Chevrolet Uplander 2007 180000 in fair condition | $1,859.00 | $1,859.00 | | $0.00 | FA |
| 4  Chevrolet Trax 2015 15000 | $24,903.00 | $1,191.72 | | $0.00 | FA |
| 5  Miscellaneous household goods and furnishings | $4,000.00 | $0.00 | | $0.00 | FA |
| 6  TVs, computers, phones, game system | $2,500.00 | $0.00 | | $0.00 | FA |
| 7  Two ten-speed bicycles, used | $50.00 | $0.00 | | $0.00 | FA |
| 8  Miscellaneous clothing for debtors | $600.00 | $0.00 | | $0.00 | FA |
| 9  Cash | $20.00 | $0.00 | | $0.00 | FA |
| 10 Checking Austin Bank of Chicago | $0.67 | $0.00 | | $0.00 | FA |
| 11 Checking PNC Bank | $661.66 | $0.00 | | $0.00 | FA |
| 12 Savings PNC Bank | $143.08 | $0.00 | | $0.00 | FA |
| 13 Checking TCF Bank | $1,166.26 | $0.00 | | $0.00 | FA |
| 14 CD for High Mountain M.B. Church, debtor is trustee and listed as a signor BMO Harris Bank | $0.00 | $0.00 | | $0.00 | FA |
| 15 Checking for High Mountain M.B. Church, debtor is trustee and listed as a signor U.S. Bank | $0.00 | $0.00 | | $0.00 | FA |
| 16 Savings account belongs to son, debtor listed for convenience purposes only PNC Bank | $135.42 | $0.00 | | $0.00 | FA |
| 17 Savings account belongs to daughter, debtor listed for convenience purposes only PNC Bank | $135.42 | $0.00 | | $0.00 | FA |
| 18 Checking - belongs to son, debtor listed for convenience purposes only US Bank | $942.55 | $0.00 | | $0.00 | FA |
| 19 401(k) - through employer Bank of America | $23,020.35 | $0.00 | | $0.00 | FA |
| 20 Pension account through employer Bank of America | $9,898.68 | $0.00 | | $0.00 | FA |
| 21 401(k) Allstate | $2,915.84 | $0.00 | | $0.00 | FA |
| 22 401(k) Allstate | $29,277.84 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2      Exhibit 8

| Case No.: | 16-29342 | Trustee Name: | David Leibowitz |
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 10/11/2016 |
|  |  | Claims Bar Date: | 01/17/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 | Copyright on book idea, over 20 years old | $0.00 | $0.00 | | $0.00 | FA |
| 24 | State Farm - Homeowners Insurance Debtors & their mortgage co | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Allstate - Life Insurance - Debtor 2 | $0.00 | $0.00 | | $0.00 | FA |
| 26 | 2016 Tax Refund (Darnecia)                (u) | $0.00 | $2,508.80 | | $3,584.00 | FA |
| | **Asset Notes:** Debtor's pro-rated portion: $1075.20 | | | | | |
| 27 | Estate Portion 2016 Tax Refund (Tyrone)      (u) | $0.00 | $1,546.30 | | $1,546.30 | FA |
| | **Asset Notes:** Debtor remitted estate pro-rated portion to the Trustee. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                  **Gross Value of Remaining Assets**

$281,229.77         $7,676.50              $5,130.30         $0.00

Initial Projected Date Of Final Report (TFR):   10/09/2017          Current Projected Date Of Final Report (TFR):              /s/ DAVID LEIBOWITZ
                                                                                                                                DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-29342 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8908 | | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***8909 | | | Account Title: | |
| For Period Beginning: | 9/14/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | | U.S. Treasury | 2016 Federal Income Tax Refund (Darnecia) | * | $3,584.00 | | $3,584.00 |
| | {26} | | Estate Portion of Darnecia Wright Tax Refund   $2,508.80 | 1224-000 | | | $3,584.00 |
| | {26} | | Debtor's pro-rated portion   $1,075.20 | 1280-002 | | | $3,584.00 |
| 04/13/2017 | 3001 | DARNECIA WRIGHT | Debtor's Pro-Rated Portion of Tax Refund | 8500-002 | | $1,075.20 | $2,508.80 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.92 | $2,505.88 |
| 05/15/2017 | (27) | Tyrone Wright | Estate Portion - 2016 Federal Income Tax Refund (Tyrone) | 1224-000 | $1,546.30 | | $4,052.18 |
| 07/06/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,013.78 | $3,038.40 |
| 07/06/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $39.04 | $2,999.36 |
| 07/06/2017 | 3004 | Navient Solutions Inc. | Claim #: 1; Amount Claimed: $15,332.71; Distribution Dividend: 1.81%; | 7100-000 | | $277.58 | $2,721.78 |
| 07/06/2017 | 3005 | Oak Park Dental Group, P.C. | Claim #: 3; Amount Claimed: $1,748.92; Distribution Dividend: 1.81%; | 7100-000 | | $31.66 | $2,690.12 |
| 07/06/2017 | 3006 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.90 | $2,685.22 |
| | | | Claim Amount   $(4.90) | 7100-001 | | | $2,685.22 |
| 07/06/2017 | 3007 | Key Education Resources | Claim #: 13; Amount Claimed: $844.74; Distribution Dividend: 1.81%; | 7100-000 | | $15.29 | $2,669.93 |
| 07/06/2017 | 3008 | US DEPT OF EDUCATION | Claim #: 14; Amount Claimed: $24,001.15; Distribution Dividend: 1.81%; | 7100-000 | | $434.49 | $2,235.44 |
| 07/06/2017 | 3009 | US DEPT OF EDUCATION | Claim #: 15; Amount Claimed: $71,474.37; Distribution Dividend: 1.81%; | 7100-000 | | $1,293.89 | $941.55 |
| 07/06/2017 | 3010 | US DEPT OF EDUCATION | Claim #: 16; Amount Claimed: $20,000.17; Distribution Dividend: 1.81%; | 7100-000 | | $362.06 | $579.49 |
| 07/06/2017 | 3011 | Capital One NA | Claim #: 5; Amount Claimed: $684.86; Distribution Dividend: 1.81%; | 7100-900 | | $12.40 | $567.09 |
| 07/06/2017 | 3012 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: $2,917.33; Distribution Dividend: 1.81%; | 7100-900 | | $52.81 | $514.28 |
| 07/06/2017 | 3013 | Comenity Capital Bank/Paypal Credit | Claim #: 7; Amount Claimed: $1,890.98; Distribution Dividend: 1.81%; | 7100-900 | | $34.23 | $480.05 |
| | | | SUBTOTALS | | $5,130.30 | $4,650.25 | |

**FORM 2**
Page No: 2       Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-29342 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8908 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***8909 | | Account Title: | |
| For Period Beginning: | 9/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2017 | 3014 | Synchrony Bank | Claim #: 8; Amount Claimed: $4,639.83; Distribution Dividend: 1.81%; | 7100-900 | | $83.99 | $396.06 |
| 07/06/2017 | 3015 | Synchrony Bank | Claim #: 9; Amount Claimed: $1,238.31; Distribution Dividend: 1.81%; | 7100-900 | | $22.42 | $373.64 |
| 07/06/2017 | 3016 | Synchrony Bank | Claim #: 10; Amount Claimed: $5,233.62; Distribution Dividend: 1.81%; | 7100-900 | | $94.74 | $278.90 |
| 07/06/2017 | 3017 | Synchrony Bank | Claim #: 11; Amount Claimed: $7,842.20; Distribution Dividend: 1.81%; | 7100-900 | | $141.97 | $136.93 |
| 07/06/2017 | 3018 | Synchrony Bank | Claim #: 12; Amount Claimed: $7,563.90; Distribution Dividend: 1.81%; | 7100-900 | | $136.93 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | **TOTALS:** | $5,130.30 | $5,130.30 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $5,130.30 | $5,130.30 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | **Net** | $5,130.30 | $5,130.30 | |

**For the period of 9/14/2016 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,055.10 |
| Total Non-Compensable Receipts: | $1,075.20 |
| Total Comp/Non Comp Receipts: | $5,130.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,055.10 |
| Total Non-Compensable Disbursements: | $1,075.20 |
| Total Comp/Non Comp Disbursements: | $5,130.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/11/2017 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,055.10 |
| Total Non-Compensable Receipts: | $1,075.20 |
| Total Comp/Non Comp Receipts: | $5,130.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,055.10 |
| Total Non-Compensable Disbursements: | $1,075.20 |
| Total Comp/Non Comp Disbursements: | $5,130.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3　　Exhibit 9

| Case No. | 16-29342 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WRIGHT, TYRONE AND WRIGHT, DARNECIA Y | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8908 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***8909 | Account Title: | |
| For Period Beginning: | 9/14/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,130.30 | $5,130.30 | $0.00 |

| For the period of 9/14/2016 to 8/8/2017 | | For the entire history of the case between 09/14/2016 to 8/8/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,055.10 | Total Compensable Receipts: | $4,055.10 |
| Total Non-Compensable Receipts: | $1,075.20 | Total Non-Compensable Receipts: | $1,075.20 |
| Total Comp/Non Comp Receipts: | $5,130.30 | Total Comp/Non Comp Receipts: | $5,130.30 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,055.10 | Total Compensable Disbursements: | $4,055.10 |
| Total Non-Compensable Disbursements: | $1,075.20 | Total Non-Compensable Disbursements: | $1,075.20 |
| Total Comp/Non Comp Disbursements: | $5,130.30 | Total Comp/Non Comp Disbursements: | $5,130.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ